An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| AMERICAN SAFETY INDEMNITY COMPANY,<br>Appellant,<br>vs.<br>JAYNES CORPORATION AND AMERICAN CONTRACTORS INSURANCE GROUP,<br>Respondents. | No. 57353 |
| AMERICAN SAFETY INDEMNITY COMPANY,<br>Appellant,<br>vs.<br>JAYNES CORPORATION,<br>Respondent. | No. 57957 |

**FILED**

MAY 2 8 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY



## ORDER DISMISSING APPEAL

Pursuant to appellant's unopposed motion, and cause appearing, these consolidated appeals are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b). The oral argument currently scheduled for June 13, 2013, at 10:00 a.m. is hereby vacated.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:   Hon. Susan Johnson, District Judge
      McKay Law Firm Chtd.
      Kemp, Jones & Coulthard, LLP
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-15576